ACCEPTED
06-14-00105-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/6/2015 2:19:11 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00105-CR

_____

IN THE COURT OF APPEALS

FOR THE

SIXTH APPELLATE DISTRICT

AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/6/2015 2:19:11 PM

DEBBIE AUTREY
Clerk

_____

Timothy Paul Bates, APELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

APPEAL IN CAUSE NUMBER CR1301437

IN THE COUNTY COURT AT LAW #2

OF HUNT COUNTY, TEXAS

JUDGE DUNCAN THOMAS PRESIDIING

_____

APPELLEE MOTION FOR EXTENSION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES, Joseph T. O'Neill, Appellee and Attorney for the State, makes and files this Motion for Extension and would respectfully show the following:

I.

Appellee's Brief is due March 5, 2015. The request for extension is made for the following reason: Appellee maintains a regular docket in County Court at Law #2 in Hunt County, as well as multiple Justice of the Peace courts. Trials in cause numbers CR1400590/CR1400591, CR1401274, and CR1400453 have caused Appellee to not have the

_____

time to prepare a proper breif for the court's consideration. A string of bad weather on 2/23/15, 2/24/15 and 3/5/15 have caused Appellee to not be in the office to give additional time to work on this appeal.

## II.

Appellee moves for a 30 day extension in this matter.  This Motion for Extension is in the interest of justice and not for the purpose of delay.

WHEREFORE PREMISES CONSIDERED, Appellee prays the Court grant this, its Motion for Extension, in the above numbered cause.

Respectfully submitted,

____/S/___Joseph T. O'Neill_____
*Joseph T. O'Neill*
Assistant Hunt County Attorney
State Bar No. 24076953

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion for Extension was served on counsel for Appellant.

___/S/___Joseph T O'Neill_____
*Joseph T. O'Neill*